UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

                Plaintiff,

                15 Cr. 867 (RMB)

    - v -

                **ORDER**

REZA ZARRAB,
    a/k/a "Riza Sarraf,"
CAMELIA JAMSHIDY
    a/k/a "Kamelia Jamshidy," and
HOSSEIN NAJAFZADEH,

                Defendants.

------------------------------------------------------------x

A conference (arraignment) is hereby scheduled for Wednesday, April 27, 2016, at 10:00 a.m. in Courtroom 17B of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York 10007. The assistant U.S. Attorneys are requested to notify counsel and the parties.

Dated: New York, New York
       April 26, 2016



RICHARD M. BERMAN
U.S.D.J.