Case 1:15-cr-00867-RMB   Document 713   Filed 12/29/21   Page 1 of 1



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 29, 2021

<u>Via ECF</u>
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    <u>United States</u> v. <u>Zarrab, *et al.*</u>, No. 15 Cr. 867 (RMB)

Dear Judge Berman:

    The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of December 30, 2021.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:    /s/
    Emil J. Bove III
    Assistant United States Attorney
    (212) 637-2444

Cc:    Defense Counsel
       (Via ECF)